UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO.   CR-01-0179-WFN-1 |
| Plaintiff, ) | |
| ) | |
| -vs- ) | ORDER |
| ) | |
| KRISTY DAVIS, ) | |
| ) | |
| Defendant. ) | |

A motion hearing was held October 23, 2006. Kristy Davis, who is not in custody, was present and appeared pro se; Assistant United States Attorney Joseph Harrington represented the Government; United States Probation Officer Richard Law also was present.

The Court addressed Ms. Davis' pro se Motion to Modify Conditions of Probation. The Court has reviewed the file and Motion and is fully informed. This Order is entered to memorialize and supplement the oral rulings of the Court. Accordingly,

**IT IS ORDERED** that Ms. Davis' Motion to Modify Conditions of Probation, filed September 18, 2006, **Ct. Rec. 46**, is **DENIED** with leave to renew at a later date.

The District Court Executive is directed to file this Order and provide copies to counsel **AND TO** United States Probation Officer Richard Law.

**DATED** this 23rd day of October, 2006.

                                   s/ Wm. Fremming Nielsen
                                   WM. FREMMING NIELSEN
10-23                              SENIOR UNITED STATES DISTRICT JUDGE

ORDER